# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# <u>WESTERN DIVISION</u>

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.            ) | |
| ) | Case No: |
| DEMARCUS MONTEZ WALKER ) | |

## INFORMATION

**<u>COUNT ONE</u>:** **[18 U.S.C. § 922(a)(6)]**

The United States charges that:

On or about the 7th day of March 2020, in Tuscaloosa County, within the Northern District of Alabama, the defendant,

**DEMARCUS MONTEZ WALKER,**

in connection with the acquisition of a firearm, specifically, a **Taurus .380 caliber pistol**, bearing serial number 1F168008, **a Taurus .380 caliber pistol**, bearing serial number 1F160720, **a Taurus .380 caliber pistol**, bearing serial number 1F100002, **a Taurus .380 caliber pistol**, bearing serial number 1F165063, **a SCCY CPX-1 9mm**, pistol bearing serial number 786189, **a Ruger .380 caliber pistol**, bearing serial number 372229343, **a Keltec .380 caliber pistol**, bearing seral number J0Q32, **a Tanfoglio .380 caliber pistol**, bearing serial number P001650, and **a Keltec .32 caliber pistol**, bearing serial number D0C89, all from Three Factors Unlimited, Inc., doing business as Wade's Pawn Shop, a licensed dealer of firearms within the

meaning of Chapter 44, Title 18, United States Code, knowingly made a false and fictitious written statement to Wade's Pawn Shop, which statement was intended and likely to deceive Wade's Pawn Shop, as to a fact material to the lawfulness of such sale of the said firearms to the defendant under chapter 44 of Title 18, in that the defendant falsely represented that he was the actual purchaser of the firearms on the Department of Justice, Bureau of Alcohol, Tobacco, Firearms and Explosives Form 4473, Firearm Transaction Record, when, in fact, as he then knew, he was not the actual purchaser of the firearms, in violation of Title 18, United States Code, Section 922(a)(6).

PRIM F. ESCALONA
United States Attorney

*/s/ Electronic Signature*
KRISTY M. PEOPLES
Assistant United States Attorney